THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE WEST-
ERN UNION TELEGRAPH COMPANY, Appellant, *v.* JAMES A.
ROBERTS, as Comptroller of the State of New York,
Respondent.

*People ex rel. West. Un. Tel. Co.* v. *Roberts,* 30 App. Div. 78, affirmed.
(Argued June 8, 1898; decided June 24, 1898.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered May
18, 1898, reversing an order of Special Term directing a
peremptory writ of mandamus against the state comptroller
to compel him to credit the account of the relator with an
alleged credit for corporation taxes.

*Samuel Foster* for appellant.

*T. E. Hancock* for respondent.

Order affirmed, with costs, on opinion below.
All concur, except GRAY and VANN, JJ., not sitting.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL J.
LUCKINGS, Appellant, *v.* THE BOARD OF RAILROAD COMMIS-
SIONERS OF THE STATE OF NEW YORK, and ASHLEY W. COLE
et al., as Railroad Commisssioners of the State of New
York, Respondents.

*People ex rel. Luckings* v. *Bd. R. R. Comrs.,* 30 App. Div. 69, affirmed.
(Argued June 8, 1898; decided June 24, 1898.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered May
11, 1898, affirming, on certiorari, a determination of respond-
ents denying the application of appellant for a reopening and
a rehearing of the petition of the Forty-second Street, Man-
hattanville and St. Nicholas Avenue Railroad Company for
approval of a change of motive power in the operation of

its line, from horse power to an underground system of electricity.

*John McDonald* for appellant.

*G. D. B. Hasbrouck* for respondents.

Order affirmed, with costs, on opinion below.
All concur, except VANN, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM H. QUINN, Appellant, *v.* THOMAS L. FEITNER et al., Constituting the Board of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Quinn* v. *Feitner,* 30 App. Div. 241, affirmed.
(Argued June 8, 1898; decided June 24, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 28, 1898, affirming an order of Special Term denying a motion for a peremptory writ of mandamus to compel the respondents to certify and submit to the comptroller of the city of New York a proper payroll.

*Joseph A. Burr* for appellant.

*Almet F. Jenks* and *William J. Carr,* for respondents.

Order affirmed, with costs, on opinion below.
All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* WALTER K. FREEMAN, Respondent.

*People* v. *Freeman,* 25 App. Div. 583, affirmed.
(Argued June 9, 1898; decided June 24, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered Feb-